UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. 15-10127-MLW |
| ) | |
| TIMOTHY R. FLAHERTY, ) | |
| ) | |
| Defendant. ) | |

## ASSENTED-TO MOTION TO UNSEAL JOINT REPORTS

     Pursuant to Local Rule 7.2, the United States respectfully requests that the Joint Status Reports dated 5/31/16, 6/16/16, 7/13/16, and 8/1/16, previously filed under seal with the Court, be unsealed. As grounds therefor, the government states the defendant has pled guilty in Massachusetts Superior Court to one count of disrupting a court proceeding in violation of M.G.L. c. 268, § 13C, the Massachusetts Board of Bar Overseers has issued its decision with respect to the discipline of the defendant, and there is no reason to keep the joint reports secret.

                                   Respectfully submitted,

                                   CARMEN M. ORTIZ
                                   United States Attorney

            By:     */s/ William F. Bloomer*
                      WILLIAM F. BLOOMER
                      Assistant U.S. Attorney
                      617-748-3100

Dated: August 16, 2016

## CERTIFICATE OF SERVICE

     I, William F. Bloomer, Assistant United States Attorney, do hereby certify that this document, was filed on the above date through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                   */s/ William F. Bloomer*
                                   WILLIAM F. BLOOMER
                                   Assistant U.S. Attorney